UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION B-01-152 |
| versus | § | (Claim: 99319) |
| | § | |
| MARIVEL QUIROZ, | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 2017 W. Marchita, Harlingen, Texas 78550.

3. *The Debt.* The debt owed the United States is:

    A. Current principal                                       $ 2,512.79

    B. Current interest (capitalized and accrued)              $ 1,147.83

    C. Administrative fees, costs, penalties                   $     0.00

    D. Attorney's fees                                         $   550.00

    E. Balance due                                             $ 4,866.81

    F. Prejudgment interest accrues at

        8.41% per annum being $ 0.58 per day.

    The current principal in paragraph 3 A is after credits of $ 273.03.

-1-

-2-

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.  *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer*. The United States prays for judgment for:

   A.   The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B.   Attorney's fees; and,

   C.   Other relief the court deems proper.

                                    Respectfully submitted,

                                    ALONSO, CERSONSKY & GARCÌA, P.C.

                            By:     /s/ M. H. Cersonsky
                                    M. H. Cersonsky
                                    State Bar: 04048500
                                    Jim L. García
                                    State Bar: 07636700
                                    5065 Westheimer, Suite 600
                                    Houston, Texas 77056
                                    Telephone: (713) 840-1492
                                    Fax: (713) 840-0038

                                    Attorneys for Plaintiff

E-99319

# U.S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Marivel Quiroz
2017 Marchita Avenue
Harlingen, TX 78550

SSN: 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

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/18/98.

On or about 9/20/89, the borrower executed promissory note(s) to secure loan(s) of $2,240.00 from Texas American Bank at 8.41 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682) The holder demanded payment according to the terms of the note(s) and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 4/15/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,512.79 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/10/97, assigned its right and title to the loan(s) to the Department

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,512.79 |
| Interest. | $1,147 83 |
| Administrative/Collection Costs: | $0.00 |
| Late fees: | $0 00 |
| Total debt as of 12/18/98: | $4,316 81 |

Interest accrues on the principal shown here at the rate of $0.58 per day.

Pursuant to 28 USC 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/25/01          Name: Joan Dyer
                              Title: Loan Analyst
Joan Dyer                     Branch: Litigation Branch
Loan Analyst



PLAINTIFF'S EXHIBIT A

O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
FILED
SEP 10 2001
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff

v.

MARIVEL QUIROZ,

Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-01-152

TO: (Name and address of defendant)

Marivel Quiroz
2017 W. Marchita
Harlingen, Texas 78550

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE  September 11, 2001