UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-152 |
| | § | (Claim No.: 99319) |
| MARIVEL QUIROZ, | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the

United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Marivel Quiroz
2017 W. Marchita
Harlingen, Texas 78550

Respectfully submitted,

By: _____
M H. Cersonsky, TBA#04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

C:\My Documents\Disclosures\Quiroz-M.Cert.
Page 1

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on September __, 2001 to:

Marivel Quiroz
2017 W. Marchita
Harlingen, Texas 78550

M. H. Cersonsky

ClibPDF - www.fastio.com